IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01895-WYD-KMT

JOHN DOWNS; and
COMMERCE & INDUSTRY INSURANCE COMPANY, a New York corporation,

    Plaintiffs,

v.

TA OPERATING LLC d/b/a TRAVELCENTERS OF AMERICA, LLC,
a Delaware corporation; and
TA COUNTRY PRIDE RESTAURANT d/b/a COUNTRY PRIDE RESTAURANT,

    Defendants.

## ORDER

THIS MATTER is before the Court on Defendants' Motion for Summary Judgment on Plaintiffs' Claim of Negligence [doc. #11, filed December 11, 2008]. In their response [doc. 12, filed December 23, 2008], Plaintiffs conceded the arguments raised in the Motion agreed to dismiss the claim of negligence. The Court having reviewed the Motion and being fully advised in the premises therein, it is hereby

ORDERED that Defendants' Motion for Summary Judgment on Plaintiffs' Claim of Negligence [doc. #11, filed December 11, 2008] is **GRANTED**. Plaintiffs' claim of negligence is **DISMISSED**.

Dated: January 6, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge