IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

Civil Action No.:   08-cv-01895-WYD-KMT

JOHN DOWNS and
COMMERCE & INDUSTRY INSURANCE COMPANY,

    Plaintiffs,

v.

TA OPERATING, LLC, d/b/a TRAVELCENTERS OF AMERICA, LLC, a Delaware corporation; and
TA COUNTRY PRIDE RESTAURANT, d/b/a/ COUNTRY PRIDE RESTAURANT,

    Defendants.

---

ORDER REGARDING CUSTODY
OF EXHIBITS AND DEPOSITIONS

---

It is ORDERED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado, this 16th day of December, 2010.

                                  BY THE COURT:


                                  s\ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  CHIEF UNITED STATES DISTRICT JUDGE